1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    CHRISTINA L. ALEXANDER,                    Civil No.    12cv1402-BEN (WMc)

12                              Petitioner,
                                               **ORDER:**
13
                                               **(1)  DIRECTING CLERK OF COURT**
14                 v.                          **TO FILE COPY OF PETITION AS AN**
                                               **ORIGINAL MOTION TO AMEND IN**
15                                             **Case No. 12cv1401-BEN (WMc)**

16    D. K. JOHNSON, Warden,                   **(2)  DENYING APPLICATION TO**
                                               **PROCEED IN FORMA PAUPERIS AS**
17                                             **MOOT; AND**

18                              Respondent.    **(3)  DISMISSING CASE WITHOUT**
                                               **PREJUDICE**
19

20          Petitioner, a state prisoner proceeding pro se, has submitted a Petition for a Writ of

21   Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

22   pauperis.  Petitioner currently has a federal habeas petition pending in Case No. 12cv1401-BEN

23   (WMc) in which she challenges the same state court conviction as the Petition filed in this case.

24   (See Pet. filed 6/8/12 in So.Dist.Ca.Civil Case No. 12cv1401-BEN (WMc) [ECF No. 1] at 1.)

25          The Clerk of Court is **DIRECTED** to file a copy of the instant Petition as an original

26   Motion to Amend the Petition in So.Dist.Ca.Civil Case No. 12cv1401-BEN (WMc).  See

27   Woods v. Carey, 525 F.3d 886, 890 (9th Cir. 2008) (holding that a new pro se petition

28   challenging the same conviction as a pending petition, which is filed before the first petition is

1  adjudicated, should be liberally construed as a motion to amend the pending petition rather than

2  summarily dismissed as second or successive).

3       Petitioner's Motion to proceed in forma pauperis in this case is **DENIED** as moot, as she

4  has already been granted leave to proceed in forma pauperis in So.Dist.Ca.Civil Case No.

5  12cv1401-BEN (WMc).

6       This case is **DISMISSED** without leave to amend but without prejudice to Petitioner to

7  proceed with her claims in So.Dist.Ca.Civil Case No. 12cv1401-BEN (WMc).

8       The Clerk shall close the file.

9       **IT IS SO ORDERED.**

10

11  DATED:  July 13, 2012

12

13  _____
    Hon. Roger T. Benitez
    United States District Judge

14

15  Copies to:        ALL PARTIES

16

17

18

19

20

21

22

23

24

25

26

27

28